# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ALLEN FEINGOLD AND RUTH WALLACE, | : No. 326 EAL 2016 |
| Petitioners | : Petition for Allowance of Appeal from the Order of the Superior Court |
| V.STATE FARM MUTUAL INSURANCE CO., | : |
| Petitioners | : |
| v. | : |
| STATE FARM MUTUAL INSURANCE CO., DAVID ROHDE, LAW OFFICES OF DAVID ROHDE, MARC RICKLES, JOSEPH HANKINS, AND BRITT, HANKINS & MOUGHAN, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.